# IN THE SUPREME COURT OF THE STATE OF NEVADA

MID-CENTURY INSURANCE
COMPANY; AND FARMERS
INSURANCE EXCHANGE,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARK R. DENTON, DISTRICT JUDGE,
Respondents,
and
LAYNE OLSON, AN INDIVIDUAL,
AND AS ASSIGNEE OF ELIZABETH
MCFETRIDGE; AND TRAVIS STRODE
INSURANCE COMPANY, INC.,
Real Parties In Interest.

No. 80298

FILED

MAR 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of prohibition or mandamus challenges district court orders denying summary judgment in favor of petitioners and granting partial summary in favor of real parties in interest in an insurance breach of contract and bad faith action.

Having considered the petition and its documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Generally,

20-10495

we will not consider writ petitions challenging orders denying summary judgment or those challenging grants of partial summary judgment, and we are not persuaded that any exception to the general rule applies here. *Renown Reg'l Med. Ctr. v. Second Judicial Dist. Court*, 130 Nev. 824, 828, 335 P.3d 199, 202 (2014) (addressing petitions challenging grants of partial summary judgment); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (addressing petitions challenging denials of summary judgment). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Silver

cc:  Hon. Mark R. Denton, District Judge
     The Feldman Firm, P.C.
     Vannah & Vannah
     Eighth District Court Clerk